# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SHAYNE ROBERTS | § | |
| | § | |
| v. | § | Case No. 4:10-CV-320 |
| | § | Judge Schneider/Judge Mazzant |
| | § | |
| AMERICAN AIRLINES, INC. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 22, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Summary Judgment (Dkt. #25) be denied and Defendant American Airlines, Inc.'s Motion for Summary Judgment (Dkt. #26) be granted.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. #25) is

**DENIED** and Defendant American Airlines, Inc.'s Motion for Summary Judgment (Dkt. #26) is **GRANTED**.

It is SO ORDERED.

SIGNED this 12th day of July, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE